ORDERED UNSEALED on 12/3/2024 s/ andreasar

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HECTOR SALGADO,<br>Defendant. | Case No.: **24-mj-04462**<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about September 4, 2024, within the Southern District of California, defendant Hector SALGADO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: two (2) rounds of .45 caliber Federal brand ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

Gregory Mattson
GREGORY J. MATTSON
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 26th day of November 2024.

HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On September 3, 2024, at approximately 6:35 p.m., Oceanside Police Department Officers were patrolling in a marked police vehicle near the intersection of Fireside Drive and Parkside Drive, which is within the Southern District of California. While in that area, Officers observed a Toyota Corolla bearing California license plate 6XLS963 run a stop sign at the intersection of Fireside Drive and Parkside Drive, in violation of Cal. Veh. Code §22450(a). Officers further observed the Toyota fail to yield to pedestrians in the crosswalk, in violation of Cal. Veh. Code §21950(a). The Officers initiated their emergency lights and sirens to conduct a traffic stop of the Toyota.

The Toyota failed to yield to the Officers and instead accelerated down Parkside Drive before stopping at a dead end. Upon reaching the dead end, the driver—later identified as Hector SALGADO—exited the Toyota and ran into the nearby woods. Police chased SALGADO for approximately 150 yards before SALGADO fell into pile of tree branches and was arrested for violating Cal. P.C. §148(a)(1)—resisting, obstructing, or delaying a peace officer. During a search of SALGADO incident to arrest, Officers recovered one round of .45 caliber Federal brand ammunition from SALGDO's pants pocket. SALGADO spontaneously stated the ammunition in his pocket was for a necklace. A further search of the path of SALGDO's flight with the assistance of a police K-9 revealed another round of .45 caliber Federal brand ammunition. A search of the Toyota revealed a black bag in the driver's door compartment containing approximately 3.7 grams of methamphetamine.

A female passenger who had also fled from the Toyota was also detained by Officers and determined to be a juvenile. A records check of the juvenile revealed she had been reported as a "missing juvenile" by staff at a youth group home.

During a post-arrest interview of SALGADO, he stated the ammunition from his pocket was from the Iron Sights gun range. SALGADO further stated he knew he was a convicted felon and not allowed to possess ammunition.

//

Records checks on SALGADO revealed multiple felony convictions, including but not limited to the following convictions:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 11/16/1990 | CASC – Vista | Cal. P.C. §459—Burglary (Felony) | 365 Days Jail; 3 Years Probation |
| 3/3/1992 | CASC – Vista | Cal. P.C. §211—Robbery (Felony) | 9 Years Prison |
| 2/5/2021 | CASC – Vista | Cal. P.C. §29800(A)(1)—Felon in Possession of a Firearm (Felony) | 365 Days Jail; 3 Years Probation |

The .45 caliber Federal brand ammunition was seized and inspected. Preliminary checks revealed that the ammunition was not manufactured in California. Therefore, the ammunition traveled in and/or affected interstate commerce to arrive in the state of California.

//

//

//

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.